UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG HOANG NGUYEN, | No. 1:25-cv-1708 AC |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

The parties have filed a stipulated request to extend the time for briefing the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to extend briefing (ECF No. 14) is GRANTED;
2. Respondents shall file a response to the petition by 4:00 p.m. on January 2, 2026; and
3. Petitioner shall file a reply by January 9, 2026.

DATED: December 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE